# UNITED STATES DISTRICT COURT

for the
## Western District of Kentucky
## Louisville Division

| | | |
|---|---|---|
| Catrina N. Billingslea | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.   3:17-CV-612-DJH |
| | ) | |
| RentDebt Automated Collections, LLC | ) | |
| *Defendant* | ) | |
| Serve: | ) | |
| Incorp Services, Inc. | ) | |
| 828 Lane Allen Road, Suite 219 | ) | |
| Lexington, KY 40504 | ) | |
| | ) | |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1.      This is an action brought by Plaintiff Catrina N. Billingslea for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA") and for declaratory relief.

### JURISDICTION

2.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331, the FDCPA, 15 U.S.C. §1692k(d), and 28 U.S.C. § 2201.

### PARTIES

3.      Plaintiff Catrina N. Billingslea is a natural person who resides in Jefferson County, Ky. Ms. Billingslea is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a (3), and the FCRA, as defined at 15 U.S.C. § 1681a(c).

4.      Defendant RentDebt Automated Collections, LLC ("RentDebt") is a third-party debt collector, whose principal office is located at 2802 Opryland Drive, Nashville, TN 37214.

5.      RentDebt regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined by

15 U.S.C. § 1692a(6). RentDebt is also a furnisher of credit information within the meaning of the FCRA.

## STATEMENT OF FACTS

6.      In June 2016, Ms. Billingslea entered into an apartment lease with McArthur Park Apartments ("McArthur Park").

7.      Ms. Billingslea used the McArthur Park apartment for personal and household purposes, which makes any debt arising out of the McArthur Park lease agreement a "debt" within the meaning of the FDCPA.

8.      Upon information and belief, the McArthur Park lease includes a provision for the lessor's recovery of attorney's fees and collection costs:

9.      The provision for the recovery of attorney's fees and collection costs plainly violates applicable Kentucky law.

10.     KRS 383.570 of Kentucky's Uniform Residential Landlord Tenant Act ("URLTA"), which Jefferson County, Kentucky has adopted, provides in pertinent part:

> (1)  A rental agreement may not provide that the tenant….
>
>       (c)  Agrees to pay the landlord's attorney's fees….
>
> (2)  A provision prohibited by subsection (1) included in rental agreement is unenforceable.

11.     Unfortunately, Ms. Billingslea lost her job soon after renting the apartment from McArthur Park.

12.     Due to financial issues beyond her control Ms. Billingslea was unable to timely make her rent payments.

13.     McArthur Park evicted Ms. Billingslea and turned her account over to Defendant RentDebt Automated Collections ("RentDebt") for collection.

14.     Upon reaching more stable economic ground, Ms. Billingslea reviewed her consumer credit reports issued by Trans Union and Equifax through www.creditkarma.com, which is a credit-oriented website run by Trans Union.

15.     Ms. Billingslea reviewed her credit reports for purposes of keeping an eye on her credit and improving her credit score.

16.     Ms. Billingslea discovered two negative tradelines furnished by RentDebt in connection with the McArthur Park lease agreement.

17.     RentDebt furnished negative credit information concerning Ms. Billingslea and the McArthur Park lease agreement for purposes of collecting a debt from her. *Sullivan v. Equifax, Inc.*, CIV.A. 01-4336, 2002 WL 799856 (E.D. Pa. Apr. 19, 2002) ("[R]eporting a debt to a credit reporting agency is 'a powerful tool designed, in part, to wrench compliance with payment terms.'").

18.     Ms. Billingslea contacted RentDebt to determine its basis for furnishing negative credit information concerning her and the McArthur Park lease agreement.

19.     In response, RentDebt sent Ms. Billingslea a "Final Account Statement" from McArthur Park Apartments.

20.     A true and accurate copy of the Final Account Statement is attached as Exhibit "A."

21.     The Final Account Statement-Revised includes a line item for "Eviction and Legal Fees" in the amount of $250.00.

22.     RentDebt violated the FDCPA by attempting to collect a debt from Ms. Billingslea that included added legal fees that are illegal and unenforceable, by misrepresenting the amount and legal status of the McArthur Park debt, and by communicating false credit information concerning Ms. Billingslea and the McArthur Park debt.

## CLAIMS FOR RELIEF

### I.     Claims against RentDebt Automated Collections, LLC

#### A.     Declaratory Relief

23.     Ms. Billingslea requests that this Court declare that RentDebt violated Kentucky law by attempting collect legal fees from Ms. Billingslea that are illegal and unenforceable under the URLTA, KRS 383.570.

#### B.     Violation of the FDCPA

24.     The foregoing acts and omissions of RentDebt Automated Collections, LLC violate the FDCPA, including 15 U.S.C. § 1692e and 15 U.S.C. § 1692f and one or more subsections of each statute.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Catrina N. Billingslea request that the Court grant her the following relief:

1.      Award Plaintiff maximum statutory damages under the FDCPA;

2.      Award Plaintiff actual damages under the FDCPA;

3.      Declare that RentDebt violated Kentucky law by attempting to collect legal fees from Ms. Billingslea that are illegal and unenforceable under Kentucky law in a rental agreement;

4.      Award Plaintiff reasonable attorney's fees and costs;

5.      A trial by jury; and

6.      Such other relief as may be just and proper.


Submitted by:

/s/ James H. Lawson

**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyconsumerlaw.com

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com