# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Catrina N. Billingslea | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.   3:17-cv-00612-DJH |
| | ) | |
| RentDebt Automated Collections, LLC | ) | |
| *Defendant* | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT RENTDEBT AUTOMATED COLLECTIONS, LLC

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff Catrina N. Billingslea hereby gives notice that she is dismissing with prejudice her claims against Defendant RentDebt Automated Collections, LLC pursuant to the parties' settlement. Except as otherwise agreed, the parties shall each bear their own costs and fees.

Respectfully submitted,

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Catrina N. Billingslea*

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207

Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Catrina N. Billingslea*

### CERTIFICATE OF SERVICE

This is to certify that I filed the foregoing via the Court's CM/ECF system on this 30th day of November, 2017, which will send a Notice of Electronic Filing to all counsel of record. I also certify that I sent a copy of the foregoing via U.S. Mail, postage prepaid, to the following:

RentDebt Automated Collections, LLC
c/o Incorp Services, Inc.
828 Lane Allen Road, Suite 219
Lexington, KY 40504

/s/ James R. McKenzie
*Counsel for Plaintiff*
*Catrina N. Billingslea*

2